WILLIAM BARTLETT
4565 PALISAES PK DR
BILLINGS, MT 59106
406 969 1088
Plaintiff Pro Se

CLERK OF THE
DISTRICT COURT
TERRY HALPIN

2019 SEP 20 PM 12 07

FILED

BY _____
         DEPUTY

## MONTANA 13TH JUDICIAL DISTRICT COURT,

## YELLOWSTONE COUNTY

| | | |
|---|---|---|
| WILLIAM BARTLETT, | ) | Your Cause No. DV 19-1363 |
| | ) | |
| | ) | Michael G. Moses |
| Plaintiff, | ) | |
| | ) | **Complaint** |
| vs. | ) | |
| | ) | |
| IVNV Funding LLC | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Plaintiff, WILLIAM BARTLETT/pro-se a Christion man, respectfully states

the following:

I have knowledge or belief about all the facts stated in this complaint;

This is the answer to all of the material facts stated by plaintiff in the complaint that the

Defendant believes to be untrue and denied, and also a statement, in plain and or direct manner,

of any and all other facts constituting the plaintiff's complaint.


Declaration of Fraud

1.      It is declared IVNV Funding LLC, PO Box 10497, Greenville, SC 29603 are dept collectors and that I have never contracted with, IVNV Funding LLC and I have no financial obligation to these companies.

2.      IVNV Funding LLC has purchased a dept from Credit One Bank, N.A. and both had no interest of the original dept making status that of mere voluntary.

3.      The right of subrogation does not arise to one who pays the dept of another as a mere volunteer. This includes attempted at collection by assignment, transfer, or trade.

4.      A volunteer, strange, or intermeddler is

"one who thrusts themselves into a situation on their own initiative, and not one who becomes a party to a transaction upon the urgent petition of a person who is vitally interested, and whose rights would be sacrificed did they not responds to the importunate appeal."

Laffranchini, 39 Nev. 48, 153 P, @ 252 Parties may be considered volunteers if, in making a payment, they have no interest of their own. To protect, they act without any obligation, legal or moral, and they act without being requested to do so by the person liable on the original obligation. Henningsen v. United States Febrility Guar. Co. 208 U.S. 404, 411 (1908); Smith v. State Sav. & loan Ass'n, 175 App. 3d 1092, 1098, 223 Cal. Rptr. 298, 301 (1986); Norfolk & Dedham Fire Ins. Co. v. Aetna Casualty & surety Co., 132, Vt. 341, 344, 318 A.2d 659, 661 (1974).

5.     The Defendant extinguishing the alleged dept upon purchased and any attempt to collect or sell the dept is an act of fraud and breach of contract of the law.

6.     Know and understand that Defindant has contacting me again after receipt of the notice (exhibit _____ & _____) without providing procedural proper verification of the dept constitutes the use of interstate communications and is a scheme of fraud by advancing a writing, which Defindant knows is false, with the intention that others rely on the written communication to their detriment.

7.     Defendant has not produced the account and general ledger statement showing the full accounting of the alleged dept and the Obligation that Defendant is now attempting to collect under the FDCPD. Again, the right of subrogation does not arise to one who pays the dept of another as a mere volunteer.

8.     Defendant has not provided a copy of a contract between me and Defendant. As I have repeatedly required, thus trying to defraud me of my money and is a party to mail fraud and breach of law.

9.     By reporting to the credit agencies anything but "dept is paid full" Defendant has committed fraud and open to a lawsuit under the FDCPA. Failing to provide Plaintiff with a written letter from their agency/law firm of "non-existence of dept" after a 10-day's notice (see exhibit_____) has resulted in the actions mentioned below. Failure to purge all

derogatory credit reporting from any credit agencies, including Experian, Equifax, and TransUnion without validation of the aforementioned dept is considered an act of fraud and breach of law.

**THEREFORE, the Plaintiff respectfully asks this court to grant the following:**

Order the defendants to

A) Send a written letter to Plaintiff from defendant agency/law firm of **"non-existence of dept"**.

B) Send a written letter to Plaintiff from defendant to **Purge all derogatory credit reporting from any credit agencies, including Experian, Equifax, and TransUnion.**

C) **Pay to Plaintiff $4,155.00 in damages as stated below.**

*Consequently*

| | |
|---|---|
| *Illegal extortion of funds* | = $1,000.00 |
| *General damages* | = $1.000.00 |
| *Exemplary damage* | = $1,0000.00 |
| *Special damages* | = $1'000.00 |

| | |
|---|---|
| Service and Mailing | = $75.00 |
| Court costs | =$80.00 |
| Total | = $4,155.00 |

*Special damages*

    *Inability to obtain fresh credit for filing judgment against my credit bureau and/or such further & other relief as I deem necessary to seek will be referred to and applied by the honorable justice assigned in this case with reference to (exhibit _____ ).*

    *That, this declaration was not answered and not rebutted by any man, representing defendant at any level, in any matter, having 10 days upon receipt in (exhibit _____ ), these facts stand as true in both the private and public record.*

    *NOTE; Maxim of law: 1. Commerce – truth is sovereign. 2. For a matter to be resolved, it must be expressed. Point of law – **silence equates to agreement**.*

    *WHEREFORE, Plaintiff's demands judgment against Defendant(s) in the amount Inability to obtain fresh credit for filing judgment against my credit bureau and/or such further & other relief as I deem necessary to seek will be referred to and applied by the honorable justice assigned with reference to (exhibit _____ ). Cost's and distribution herein, and for such other and further relief as the court deems just and equitable.*

*I am asking the court to Dismissal this case with prejudice.*

10.    *[I] believe that the defendant is not in the military service, not mentally incompetent, and 18 years or older.*

**Pursuant to 28 U.S.C. 1746, I certify under penalty of perjury that the foregoing is true and correct.**

**Executed on February 21, 2001.**

_____
*(Your signature)*

WILLIAM BARTLETT
*(Print your name)*
_____William Bartlett_____
*(Date)*

State of Montana       )
                       : ss
County of yellowstone

WILLIAM BARTLETT, being first duly sworn, upon oath, deposes and says as follows: I am the Plaintiff in the foregoing Complaint. I have read the foregoing Complaint and the facts of the matter contained herein are true, correct and complete to the best of my knowledge and belief.

                                William Bartlett
                                Plaintiff

Signed and sworn to (or affirmed) before me this __20__ day of __SEPTEMBER__, 20 _19_.

NORMAN SUKIN
NOTARY PUBLIC for the
State of Montana
Residing at Billings, Montana
My Commission Expires
May 29, 2023

_____
(Signature of notary)

__NORMAN  SUKIN__
(Printed name of notary public)

Notary public for the state of __MONTANA__

Residing at: __821 N 27TH, STE C__, BILLINGS, MT 59101

My commission expires: __5-29-23__

ORIG

# DECLORATION OF FRAUD
# BY PLAINTIFF

William Bartlett
4565 Palisades pk dr
Billing, Mt 59106
406 969 1088
Billbartcf3@gmail.com

LVNV Funding LLC
PO Box 10497,
Greenville SC 29603

Cert. # 7018 1130 0000 9916 6224
7/7/2019

   This is the answer to all of the material facts stated by plaintiff in the complaint that the Defendant believes to be untrue and denied, and also a statement, in plain and or direct manner, of any and all other facts constituting the plaintiff's complaint.

   That I William Bartlett a Christian and a living breathing man being first duly sat following facts are true worn, deposed and say and declare by my signature that the following facts are true to the best of my knowledge and belief.

1.     It is declared LVNV PO Box 10497, Greenville SC 29603 is a dept collector and that I have never contracted with Credit One Bank, PO Box 60500, City Of Industry CA 91716-0500 and thus I have no financial obligation to this company.

Cert. # 2.     LVNV PO Box 10497, Greenville SC 29603 has purchased a dept from Credit One Bank, PO Box 60500, City of Industry CA 91716-0500 and both had no interest of the original dept making you, LVNV Funding LLC status that of mere voluntary.

3.     **The right of subrogation does not arise to one who pays the dept of another as a mere volunteer. This includes attempted at collection by assignment, transfer, or trade.**

4.     **A volunteer, strange, or intermeddler is**

*"one who thrusts themselves into a situation on their own initiative, and not one who becomes a party to a transaction upon the urgent petition of a person who is vitally interested, and whose rights would be sacrificed did they not responds to the importunate appeal."*

*Laffranchini, 39 Nev. 48, 153 P, @ 252 Parties may be considered volunteers if, in making a payment, they have no interest of their own. To protect, they act without any obligation, legal or moral, and they act without being requested to do so by the person liable on the original obligation. Henningsen v. United States Febrility Guar. Co. 208 U.S. 404, 411 (1908); Smith v. State Sav. & loan Ass'n, 175 App. 3d 1092, 1098, 223 Cal. Rptr. 298, 301 (1986); Norfolk & Dedham Fire Ins. Co. v. Aetna Casualty & surety Co., 132, Vt. 341, 344, 318 A.2d 659, 661 (1974).*

5.   The LVNV Funding LLC extinguishing the alleged dept upon purchased and any attempt to collect or sell the dept is an act of fraud.

6.   Know and understand that LVNV Funding LLC contacting me again after receipt of the notice (exhibit A & B) without providing procedural proper verification of the dept constitutes the use of interstate communications and is a scheme of fraud by advancing a writing, which LVNV Funding LLC knows is false, with the intention that others rely on the written communication to their detriment.

7.   LVNV Funding LLC has not produced the account and general ledger statement showing the full accounting of the alleged obligation that LVNV Funding LLC are now attempting to collect as demanded by the FDCPD.

8.   LVNV Funding LLC has not provided a copy of a contract between me and LVNV Funding LLC or the original creditor Frontline asset Strategies as I have repeatedly required, thus trying to defraud me of my money and are a party to mail fraud and breach of law

9. By reporting to credit agency anything but "dept is paid full" LVNV Funding LLC has committing fraud and open to a lawsuit under the FDCPA.

   Failing to provide William Bartlett with a written letter from your agency/law firm of "non-existence of dept" after 10 days of notice has resulted in the actions mentioned below. Failure to purge all derogatory credit reporting from any credit agencies, including Experian, Equifax, and TransUnion without validation of the aforementioned dept is considered an act of fraud and breach of law.

Illegal extortion of funds                                                                                             = $1,000.00


General damages                                                                                                      = $1.000.00

| | |
|---|---:|
| *Exemplary damage* | = $1,0000.00 |
| *Special damages* | = $1'000.00 |
| *Total* | = $4'000.00 |

*Special damages*

 *Inability to obtain fresh credit for filing judgment against my credit bureau and/or such further & other relief as I deem necessary to seek will be referred to and applied by the honorable justice assigned in this case with reference to (exhibit A).*

 *That, this declaration was not answered and not rebutted by any man, representing LVNV Funding LLC at any level, in any matter, at any time within 10 days upon receipt in (exhibit A), these facts stand as true in both the private and public record.*

*NOTE; Maxim of law: 1. Commerce – truth is sovereign. 2. For a matter to be resolved, it must be expressed. Point of law – silence equates to agreement.*

 WHEREFORE, Plaintiff's demands judgment against Defendant(s) in the amount Inability to obtain fresh credit for filing judgment against my credit bureau and/or such further & other relief as I deem necessary to seek will be referred to and applied by the honorable justice assigned with reference to (exhibit A). Cost's and distribution herein, and for such other and further relief as the court deems just and equitable.

*I am asking the court to Dismissal this case with prejudice.*

28 U.S. Code § 1746 - Unsworn declarations under penalty of perjury; I declare under the penalties of perjury and under my full commercial liability that the information included herein is true, correct, complete, and not misleading.

one this _____ day of _____ 2019 A.D.

Sign your name_____

Write your name_____



# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

**Tracking Number:** 70181130000099166224

Remove ✕

Your item was delivered at 7:08 am on August 9, 2019 in GREENVILLE, SC 29602.

## ✓ Delivered

August 9, 2019 at 7:08 am
Delivered
GREENVILLE, SC 29602

Get Updates ∨

---

**Text & Email Updates**　　　　∨

---

**Tracking History**　　　　∨

---

**Product Information**　　　　∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

PO Box 510090
Livonia MI 48151-6090



**RESURGENT**
*Capital Services*

Account Number: ************7650
Original Creditor: Credit One Bank, N.A.
Current Owner: LVNV Funding LLC
Reference ID: 679555269
Balance: $594.00
Accountholder Name: William Bartlett

PAGQIM00200049

WILLIAM BARTLETT
4565 PALISADES PARK DR
BILLINGS, MT 59106-1340

July 25, 2019

Dear William Bartlett,

This letter is in response to a recent inquiry regarding the above referenced account. The current balance on this account as of the date of this letter is $594.00.

To make a payment, use any of the following methods:

1. **Pay-by-Phone.** Call our office at 1-888-665-0374 to take advantage of this free payment option.

2. **Western Union QuickCollect.** Call (800) 325-6000 to find the location of a Western Union agent nearest to you. Our "code city" is RESURGENT and our "code state" is SC. Use this account's Reference ID of **679555269** to memo this payment. Western Union will charge a nominal fee for this service.

3. **Regular or Overnight Mail.** To mail a payment to our office:

   **Regular Mail:**
   Resurgent Capital Services L.P.
   P.O. Box 10466
   Greenville, SC 29603

   **Overnight Mail:**
   Resurgent Capital Services L.P.
   Suite 110 MS 576
   55 Beattie Place
   Greenville, SC 29601

4. **Bank Wire.** To wire a payment to our office:
   **Wiring Instructions (Must include the "Reference" information listed below)**
   Bank Name: Wells Fargo
   ABA Number: 121000248
   Account Number: 2000020330606
   Account Name: Resurgent Capital Services L.P
   Reference ID: 679555269/William Bartlett

To ensure proper posting, please include the Reference ID provided above with the payment.

continued on next page


*Hours of Operation*
8:00AM-9:00PM EST
Monday - Thursday
8:00AM-5:00PM EST
Friday


*Address*
Suite 110 MS 576
55 Beattie Place
Greenville, SC 29601


*Contact Numbers*
Toll Free Phone
1-888-665-0374
Toll Free Fax
1-866-467-0163


*Customer Portal*
Portal.Resurgent.com



PAGQIM00200049000490102E0500

10387069-BAL-CS