FILED
12/4/2019
Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| WILLIAM BARTLETT,<br><br>              Plaintiff,<br><br>vs.<br><br>LVNV FUNDING, LLC,<br><br>              Defendant. | CV 19-113-BLG-TJC<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO ALLOW ATTENDANCE AT PRELIMINARY PRETRIAL CONFERENCE BY TELEPHONE** |

Defendant LVNV Funding, LLC, has filed a motion to allow counsel to appear at the Preliminary Pretrial Conference by telephone. (Doc. 11.) Defendant has indicated that the *pro se* Plaintiff has been contacted both by telephone and e-mail but did not receive a response. (*Id.* at 2.) Defendant represents that relief from travel between Missoula and Billings for the PPTC amid other tight deadlines and travel requirements to Great Falls the next day is significant. (*Id.* at 1-2.)

Good cause appearing, IT IS HEREBY ORDERED that Defendants' motion is GRANTED. Defendants' counsel, Nathan A. Huey, may appear by telephone at the December 17, 2019, Preliminary Pretrial Conference.

Counsel shall use the Court's conferencing system to participate in the Conference:

//

1. Dial 1-877-848-7030
2. Enter Access Code 5492555 #

DATED this 4th day of December, 2019.

                                                                         _____
                                                                         TIMOTHY J. CAVAN
                                                                         United States Magistrate Judge