IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| WILLIAM BARTLETT,<br><br>Plaintiff,<br><br>vs.<br><br>LVNV FUNDING, LLC,<br><br>Defendant. | CV 19-113-BLG-SPW-TJC<br><br>**ORDER** |

On January 21, 2020, pro se Plaintiff William Bartlett filed his Preliminary Pretrial Statement. Plaintiff submitted several exhibits with his filing. Upon review of the exhibits it appears they contain private financial information, including unredacted account numbers. Accordingly, IT IS ORDERED that Exhibits A-E shall be filed under seal.

Plaintiff is advised that any future filings containing personal identifiers, including financial account numbers should be redacted to the last four digits of the account number. *See* Guide for Filing in the District of Montana, Rule 6(d), available online at: https://www.mtd.uscourts.gov/manuals-training.

DATED this 22nd day of January 2020.

TIMOTHY J. CAVAN
United States Magistrate Judge