UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

_____

| | |
|---|---|
| WILLIAM BARTLETT, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | CV 19-113-BLG-SPW |
| vs. | |
| LVNV FUNDING, LLC, | |
| Defendant. | |

_____

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of LVNV and against Bartlett, and that this action is DISMISSED.

Dated this 15th day of March, 2021.

TYLER P. GILMAN, CLERK

By: /s/ T. Gesh
T. Gesh, Deputy Clerk